Robert VERRY, Appellant,

v.

CHICAGO & NORTHWESTERN TRANS-
PORTATION COMPANY, Appellee.

No. 80–1747.

United States Court of Appeals,
Eighth Circuit.

Submitted May 19, 1981.

Decided June 5, 1981.

Stephens, Quinn, Carr, Tschetter & Buck-master, P.C., Laurence J. Zastrow, Belle Fourche, S. D., for appellant.

Woods, Fuller, Schultz & Smith, M. T. Woods, Sioux Falls, S. D., for appellee.

Before LAY, Chief Judge, ARNOLD, Circuit Judge, and BECKER,* Senior District Judge.

PER CURIAM.

On February 6, 1978, Robert Verry offered to buy a certain tract of land from Chicago & Northwestern Transportation Co. (C & NW) for $12,750. A deposit of $2,500 accompanied the offer, which provided that the deposit would "be refunded if this offer is not accepted by seller within ninety (90) days." On August 31, 1978, C & NW mailed a check for $2,500 back to Verry, thus indicating that it had not accepted his offer to buy the land. Verry sued C & NW for breach of contract. On cross-motions for summary judgment, the District Court[1] held that "no contract was ever entered into by the Defendant." Judgment was entered accordingly, and plaintiff Verry appeals.

We agree with the District Court. The offer was never accepted. Nor were the circumstances, including defendant's silence until August 31, such as to estop C & NW to deny acceptance.

No useful purpose would be served by a more extended discussion. See 8th Cir. R. 14.

Affirmed.

---

* The Hon. William H. Becker, Senior United States District Judge for the Western District of Missouri, sitting by designation.

1. The Hon. Andrew W. Bogue, Chief Judge, United States District Court for the District of South Dakota.